

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

March 28, 1972

Major General Ross Ayers          Opinion No. M-1106
Adjutant General of Texas
P. O. Box 5218                    Re:  Tuition for National
Austin, Texas  78703                  Guardsmen.

Attention:  Col. John B. Garrett
            State Judge Advocate

Dear General Ayers:

        You have requested our opinion as to whether members
of the Air National Guard are to pay resident or non-resident
fees at State institutions of higher education under the facts
submitted.

        The facts concern two individuals summarized as follows:

        The individual "moved to Texas from Ohio in
    August of 1969, enrolled at NTSU in September of
    1969, was accepted into the 531 AFB in July of 1970,
    and was formally enrolled in the unit in October of
    1970.  He has been gainfully employed since moving
    to Texas and he has resided in Texas continuously
    since August of 1969.  He has paid non-resident
    tuition at NTSU and at the present time is financial-
    ly unable to continue his studies unless he is
    placed in a resident tuition status."  The individual
    "is 28 years old."

        Another individual "moved to Texas from New
    York in September, 1969, and at that time had been
    a member of the 174 Tac Fighter Gp in Syracuse,
    N.Y., since April of 1966.  He performed equivalent
    training with the 531 AFB from September of 1969 to
    January of 1970, at which time, he formally enrolled
    in the 531 AFB.  He is a full time student at NTSU
    and has been paying non-resident tuition since first
    registering in September of 1969."  This individual
    "is 24 years old."

        Section 54.058 of the Texas Education Code provides
for the classification of military personnel for the purpose of

-5394-

paying tuition fees.   Subdivision (b) of Section 54.058 provides:

"An officer, enlisted man or woman, selectee,
or draftee of the . . . Air National Guard, . . .
who is assigned to duty in Texas is entitled to
register himself, his spouse, and their children
in a state institution of higher education by pay-
ing the tuition fee and other fees or charges re-
quired of Texas residents, without regard to the
length of time he has been assigned to duty or re-
sided in the state.  . . .  It is the intent of the
legislature that only those members of the Army or
Air National Guard, Texas State Guard, or other
reserve forces mentioned above be exempted from
the nonresident tuition fee and other fees and
charges only when they become members of Texas
units of the military organizations mentioned
above."

Under the facts submitted in your request, the indi-
viduals involved are members of Texas units of the Air National
Guard.   Therefore such individuals are classified under the pro-
visions of Section 54.058, Texas Education Code, as resident
students for the purposes of determining tuition rates.

### S U M M A R Y

Under the provisions of Section 54.058 of
the Texas Education Code, members of Texas units
of the armed services mentioned therein are class-
ified as resident students for tuition purposes.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
Roger Tyler
William Travis
John Richards
Bob Davis

SAMUEL D. McDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant